**Otis SANDUSKY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 12, 1954.

Shumate & Shumate and Thomas D. Shumate, Richmond, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

We are affirming the judgment in this case for a $50 fine and 60 days in jail because we think (1) the use of the word "liquor" in the warrant was sufficient to inform the appellant of the nature of the

charge against him; and (2) the affidavit in support of the search warrant was regular on its face.

The motion for an appeal is overruled and the judgment is affirmed.